IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH BAKER, )<br>    Defendant, )<br>)<br>and )<br>)<br>CAROLINA CONTAINER CO., )<br>                        Garnishee. )<br>_____ ) | CASE NO. 5:01CV74-MCK<br>(Financial Litigation Unit) |

## **ORDER OF CONTINUING GARNISHMENT**

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ, they had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The plaintiff is entitled to a wage garnishment of 25% of the defendant's net income and has satisfied the prerequisites. *See* 15 U.S.C. §1673.

IT IS ORDERED that the garnishee pay the plaintiff 25% of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments should be made payable to the and mailed to the United States Department of

Justice and mailed to the United States Attorney's Office, Attention Financial Litigation Unit, 227 West Trade Street, Suite 1650, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, please include the following information on each check: Court Number 5:01CV74-MCK, District Number: 058.

**SO ORDERED**.

**Signed: December 6, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge