IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 501CV74-MCK-DCS |
| | ) | (Financial Litigation Unit) |
| JOSEPH BAKER, | ) | |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CAROLINA CONTAINER CO., | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Joseph Baker is DISMISSED.

**SO ORDERED**.

Signed: May 28, 2009

David S. Cayer
United States Magistrate Judge